UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME GRIFFIN,<br><br>        Plaintiff,<br><br>   v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>        Defendant. | Case No. 23-cv-01060-DMR<br><br>**ORDER TO SHOW CAUSE RE: SERVICE OF COMPLAINT** |

Plaintiff Jerome Griffin filed the complaint on March 9, 2023. It appears that the summons and complaint have not yet been served on Defendant Experian Information Solutions, Inc. Pursuant to Federal Rule of Civil Procedure 4(m), the court must dismiss an action without prejudice if a defendant is not served within 90 days after the complaint is filed. Accordingly, Plaintiff is hereby ORDERED to show cause in writing by no later than July 7, 2023 why this action should not be dismissed without prejudice for failure to serve the summons and complaint on Defendant. The July 5, 2023 case management conference is VACATED.

**IT IS SO ORDERED.**

Dated: June 30, 2023



Donna M. Ryu
Chief Magistrate Judge