UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME GRIFFIN,<br><br>    Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant. | Case No. 23-cv-01060-DMR<br><br>**SECOND ORDER TO SHOW CAUSE** |

On June 30, 2023 the court issued an Order to Show Cause regarding service of the summons and complaint, ordering Plaintiff to show cause in writing by July 7, 2023 why this action should not be dismissed for failure to serve pursuant to Federal Rule of Civil Procedure 4(m). [Docket No. 11.] Plaintiff did not respond. By no later than July 14, 2023, Plaintiff shall show cause in writing why he should not be sanctioned for failing to respond to the June 30, 2023 Order to Show Cause.

**IT IS SO ORDERED.**

Dated: July 10, 2023



Donna M. Ryu
Chief Magistrate Judge